UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REUBEN AVENT,

                Plaintiff,

-against-

KEYBANK, *et al.*,

                Defendants.

21-CV-01287 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 1, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 21-CV-01466. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 1, 2021
           New York, New York

                                                  COLLEEN McMAHON
                                            Chief United States District Judge